# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case Number 18 CR 40012-001 JPG |
| SUSAN R. DARNELL, | |
| Defendant. | |

### ORDER

Pending before this Court is a Motion to Extend Time to File the objections date in the above-entitled cause filed by Defendant Darnell (Document No. 25). Upon review of the Motion, the Court finds that the Motion is well-taken.

Therefore, the Motion is hereby **GRANTED**. The filing date for objections is extended until October 24, 2018.

IT IS SO ORDERED.

Dated: October 9, 2018

                                                                         s/J. Phil Gilbert
                                                                          J. PHIL GILBERT
                                                                          U.S. DISTRICT JUDGE